DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

In the Interest of J.B., K.B. and C.B., children.

T.B.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
GUARDIAN AD LITEM PROGRAM,

Appellees.

No. 2D2023-2337
_____

April 24, 2024

Appeal from the Circuit Court for Hillsborough County; Lisa D. Campbell, Judge.

Thomas J. Butler of Thomas Butler, P.A., Miami Beach, for Appellant.

Mary Soorus of Children's Legal Services, Tampa, for Appellee Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, Tallahassee; Jamie Billotte Moses of Holland Knight, Orlando, for Appellee Guardian ad Litem Program.

PER CURIAM.


Affirmed.

BLACK, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

————————————————————

Opinion subject to revision prior to official publication.